In the absence of a statement of facts or bills of exception which may be considered, nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

**Ex parte Garland ANDERSON.**

**No. 32555.**

Court of Criminal Appeals of Texas.

Oct. 12, 1960.

———◆———

Garland Anderson, pro se.

Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is an original application for a writ of habeas corpus.

It has now been made known to this Court that relator is no longer confined, and the question raised by his application has become moot.

The application for writ of habeas corpus is ordered dismissed.

Opinion approved by the Court.